1  Kent Khtikian, Esq. (#99843)
   Conor D. Mack, Esq. (#253878)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California  94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415) 834-1842

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE LOCAL NO. 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>KENNETH HUDDLESTON as an individual and doing business as "Gold Coast Masonry"; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>　　　Defendants. | CASE NO.  CV 10-1708 JL<br><br>NOTICE OF BANKRUPTCY FILING BY DEFENDANT KENNETH HUDDLESTON; REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER RESETTING CASE MANAGEMENT CONFERENCE<br><br>Date:　　February 2, 2011<br>Time:　　10:30 a.m.<br>Courtroom:　F, 15th Floor<br>　　　　　　(San Francisco) |

　　　PLEASE TAKE NOTICE that plaintiffs have been advised that on January 20, 2011 defendant Kenneth Huddleston, d.b.a. Gold Coast Masonry (hereinafter "Huddleston") filed for Chapter 7 bankruptcy in the United States Bankruptcy Court, Eastern District of California, Case No. 2011-21468.  By reason of defendant Huddleston's bankruptcy filing, an automatic stay of

1  this action against Huddleston is now in effect.  11 U.S.C. Section 362.

2      Plaintiffs are currently in settlement negotiations with the remaining defendant,
3  American Contractors Indemnity Company (hereinafter "ACIC").  Plaintiffs anticipate resolving
4  their claims against ACIC shortly.  Therefore, Plaintiffs respectfully request a 60 day
5  continuance of the Case Management Conference currently scheduled for February 2, 2011 for 60
6  days, until April 6, 2011.  A 60 day continuance will allow enough time for Plaintiffs to resolve
7  their claims against ACIC and dismiss ACIC from the action.  Should Plaintiffs not reach a
8  resolution with ACIC, the requested 60 day continuance will allow enough time for the
9  pleadings to be settled in this matter, or, should ACIC not answer, it will allow Plaintiffs
10 sufficient time to request the entry of ACIC's default and properly notice a motion for default
11 judgment.

                                Respectfully submitted,

                                Katzenbach & Khtikian

Dated: January 25, 2011                 By: /s/ Conor Mack
                                Conor D. Mack
                                Attorneys for Plaintiffs

                            [proposed] ORDER

    Good cause appearing, the Court hereby orders that the Case Management Conference scheduled for February 2, 2011 is rescheduled for April 6, 2011 at 10:30 a.m.  A joint case management conference statement shall be filed no later than March 30, 2011.

    IT IS SO ORDERED

Dated: January 26, 2011                      /s/ James Larson
                                Hon. James Larson
                                United States Magistrate Judge