| | |
|---|---|
| 1 | Muriel B. Kaplan, Esq. (SBN 124607) |
| | Michele R. Stafford, Esq. (SBN 172509) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
| | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
| | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
| | mkaplan@sjlawcorp.com |
| 5 | mstafford@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al. | Case No.: 10-1708 JSC |
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| v. | |
| KENNETH HUDDLESTON an an individual and doing business as "Gold Coast Masonry", | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiffs TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al., hereby make the following substitution of attorneys:

<u>Former Attorneys:</u>
Christopher W. Katzenbach (SBN 108006)
Conor Daniel Mack (SBN 253878)
Kent Khtikian (SBN 99843)
Katzenbach Law Offices
1714 Stock Street, Suite 300
San Francisco, CA 94133

should be removed and, consequently, should no longer receive notice of e-filings.

Plaintiffs' new counsel of record will be

///

///

-1-
**SUBSTITUTION OF ATTORNEY**
**Case No.: C10-1708 JSC**
P:\CLIENTS\BRICL\Gold Coast Masonry\Pleadings\10-1708 JSC Substitution of Attorney 080713.doc

```
Muriel B. Kaplan (SBN 124607)
Michele R. Stafford (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94l04
Telephone:  (4l5) 882-7900
Facsimile: (415) 882-9287
mkapkan@sjlawcorp.com
mstafford@sjlawcorp.com
```

**CONSENT TO THE ABOVE SUBSTITUTION IS HEREBY GIVEN:**

Dated: August 22, 2013          KATZENBACH LAW OFFICE

                                _____/S/_____
                                Christopher W. Katzenbach
                                Former Attorneys for Plaintiffs Trustees of the
                                Bricklayers Local No. 3 Pension Trust


Dated: August 7, 2013           SALTZMAN & JOHNSON LAW CORPORATION

                                _____/S/_____
                                Muriel B. Kaplan, Esq.
                                New Attorneys for Plaintiffs Trustees of the
                                Bricklayers Local No. 3 Pension Trust

Plaintiffs Trustees of the Bricklayers Local No. 3 Pension Trust, et al. hereby consent to the above substitution.

Dated: August 22, 2013          TRUSTEES OF THE BRICKLAYERS LOCAL
                                NO. 3 PENSION TRUST, ET AL.

                                _____/S/_____
                                Gary Peifer, Trustee


IT IS SO ORDERED.

Dated: September 27, 2013       _____/s/ Jacqueline S. Corley_____
                                MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY
                                UNITED STATES DISTRICT COURT

-2-
**SUBSTITUTION OF ATTORNEY**
**Case No.: C10-1708 JSC**
P:\CLIENTS\BRICL\Gold Coast Masonry\Pleadings\10-1708 JSC Substitution of Attorney 080713.doc