| | |
|---|---|
| 1 | Muriel B. Kaplan, Esq. (SBN 124607) |
|   | Michele R. Stafford, Esq. (SBN 172509) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
|   | mkaplan@sjlawcorp.com |
| 5 | mstafford@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al. | Case No.: 10-1708 JSC |
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| v. | |
| KENNETH HUDDLESTON an an individual and doing business as "Gold Coast Masonry", | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiffs TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al., hereby make the following substitution of attorneys:

<u>Former Attorneys:</u>
Christopher W. Katzenbach (SBN 108006)
Conor Daniel Mack (SBN 253878)
Kent Khtikian (SBN 99843)
Katzenbach Law Offices
1714 Stock Street, Suite 300
San Francisco, CA 94133

should be removed and, consequently, should no longer receive notice of e-filings.

Plaintiffs' new counsel of record will be

///

///

1  Muriel B. Kaplan (SBN 124607)
   Michele R. Stafford (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California 94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   mkapkan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  **CONSENT TO THE ABOVE SUBSTITUTION IS HEREBY GIVEN:**

7  Dated: August 22, 2013                KATZENBACH LAW OFFICE

8

9                                         _____/S/_____
                                          Christopher W. Katzenbach
10                                        Former Attorneys for Plaintiffs Trustees of the
                                          Bricklayers Local No. 3 Pension Trust
11

12  Dated: August 7, 2013                 SALTZMAN & JOHNSON LAW CORPORATION

13

14                                        _____/S/_____
                                          Muriel B. Kaplan, Esq.
15                                        New Attorneys for Plaintiffs Trustees of the
                                          Bricklayers Local No. 3 Pension Trust
16

17
    Plaintiffs Trustees of the Bricklayers Local No. 3 Pension Trust, et al. hereby consent to the above
18  substitution.

19  Dated: August 22, 2013                TRUSTEES OF THE BRICKLAYERS LOCAL
                                          NO. 3 PENSION TRUST, ET AL.
20

21
                                          _____/S/_____
22                                        Gary Peifer, Trustee

23

24  IT IS SO ORDERED.

25  Dated: September 27, 2013             _____/s/ Jacqueline S. Corley_____
                                          MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY
26                                        UNITED STATES DISTRICT COURT

27

28

-2-
**SUBSTITUTION OF ATTORNEY**
**Case No.: C10-1708 JSC**
P:\CLIENTS\BRICL\Gold Coast Masonry\Pleadings\10-1708 JSC Substitution of Attorney 080713.doc